**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FERNANDO HARMSEN-ANDRESS(77),<br><br>　　　　　　　　Defendant. | CASE NO. 85CR252-LAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_x_　the Court has granted the motion of the Government for dismissal;

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　21:841(a)(1) and 846 - Conspiracy to Possess Cocaine with Intent to Distribute (1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE